In the Matter of the Arbitration between CONSOLIDATED CARTING CORPORATION, Respondent, and LOCAL No. 282, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Appellant.

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.